IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **GARY E. GEIGENMILLER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:23-cv-1505-XR |
| | § | |
| **CARRINGTON MORTGAGE SERVICES, LLC,** | § | |
| | § | |
| | § | |
| Defendants. | § | |

## AGREED FINAL JUDGMENT

**CAME ON TO BE CONSIDERED** the above-numbered and styled cause where the Parties, as indicated below by their signatures or the signatures of their respective counsel, have requested that this Agreed Final Judgment be entered. Having considered this Agreed Final Judgment and the agreement of the Parties, the Court finds that the entry of this Agreed Final Judgment is appropriate, and orders as follows. It is hereby:

**ORDERED, ADJUDGED AND DECREED** that an event of default has occurred on that certain *Adjustable Rate Note (Texas Home Equity Conversion)* (hereafter the "Note"), originally payable to One Reverse Mortgage, LLC ("One Reverse"), executed by Plaintiff Gary E. Geigenmiller ("Plaintiff") on or about May 26, 2017, in the original principal amount of $127,500.00. It is further,

**ORDERED, ADJUDGED AND DECREED** that that certain *Adjustable Rate Deed of Trust (Texas Home Equity Conversion)* (hereafter the "Security Instrument" and together with the Note, the "Loan Agreement"), recorded on June 6, 2017 as document number 20170107989 in the official public records of Bexar County, Texas, provides One Reverse and its successors and assigns, in the event of a default on the obligations on the Note, with a first lien security interest on that certain real property located at as 8635 Old Corpus Christi Highway, San Antonio, Texas 78223 and more particularly described as:

BEING LAND SITUATED IN THE CITY OF SAN ANTONIO IN THE COUNTY OF BEXAR IN THE STATE OF TX NEW CITY BLOCK 10923 BLOCK 4, LOT 2A (the "Property").  It is further,

**ORDERED, ADJUDGED AND DECREED** that Defendant Carrington Mortgage Services, LLC ("Defendant"), is the current legal owner and holder of the Note and beneficiary of the Security Instrument.  It is further,

**ORDERED, ADJUDGED AND DECREED** that the following are secured by the Security Instrument on the Property: the outstanding balance of the Loan Agreement, plus all contractual interest, escrow advances, fees, costs and other items in the Loan that are recoverable and have accrued since that date; prejudgment interest; post-judgment interest; and costs of court. It is further, with post-judgment interest thereon at the rate of 4.583% per year from the date of this judgment until paid, said judgment shall be satisfied from the foreclosure sale of the Property. It is further,

**ORDERED, ADJUDGED, and DECREED** that due to event of default on the Note, Defendant, or its successors or assigns, may enforce its Security Instrument against the Property through non-judicial foreclosure of the Property as provided in the Security Instrument and section 51.002 of the Texas Property Code. It.  It is further,

**ORDERED, ADJUDGED, AND DECREED** that the afore-referenced foreclosure sale shall occur no sooner than April 2, 2024.  It is further,

**ORDERED, ADJUDGED, AND DECREED** any notices regarding the foreclosure sale of the Property may be sent to Plaintiff at the address for the Property and that such notices may be sent before April 2, 2024.  It is further,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff takes nothing on his claims. It is further,

**ORDERED, ADJUDGED AND DECREED** that all costs are to be taxed against Plaintiff.  It is further,

**ORDERED, ADJUDGED, and DECREED** that all writs and processes necessary for the enforcement and execution of this Final Judgment may issue. It is further,

This is a final judgment, disposing of all parties and all claims and may be appealed by any party hereto. All for which let execution issue.

**SIGNED** on 9th day of February, 2024.

---
**XAVIER RODRIGUEZ**
**UNITED STATES DISTRICT JUDGE**

**Approved as to form and substance:**

By: /s/ *Mark D. Cronenwett*
**MARK D. CRONENWETT**
Attorney in Charge
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com
**MACKIE WOLF ZIENTZ & MANN, PC**
14160 N. Dallas Pkwy., Ste. 900
Dallas, TX 75254
(214) 635-2650
(214) 635-2686 (Fax)
**ATTORNEYS FOR DEFENDANT**

And

By:/s/ *Matthew J. Obermeier, by Mark D. Cronenwett, with permission*
**MATTHEW J. OBERMEIER**
The Law Offices of Matthew J. Obermeier, P.C.
342 W. Woodlawn, Suite 103
San Antonio, Texas 78212
Telephone: (210) 972-7660
mattslawoffice@gmail.com
**ATTORNEYS FOR PLAINTIFF**